UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61279-CIV-MARRA/JOHNSON

MARK DONAHAY, and all others similarly
situated,

    Plaintiff,

v.

PALM BEACH TOURS & TRANSPORTATION,
INC., a Florida corporation, and JOHN CRITCHETT,
an individual,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT, AND MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT, AND DISMISSAL WITH PREJUDICE

The Parties, the Plaintiff, Mark Donahay, and the Defendants, Palm Beach Tours & Transportation, Inc., a Florida corporation, and John Critchett, by and through their undersigned attorneys, hereby notify the Court of their settlement of this case subject to and conditioned on the relief sought herein.  Specifically the parties respectfully request entry of an order providing as follows, which Order is attached hereto, and has been provided under separate cover to the Court along with the settlement agreement for the Court to review *in camera*:

    1.    That the court review and approve of the settlement of the action as negotiated between the parties, as set forth in the parties' settlement agreement; and

    2.    That the Court will, upon receipt of a stipulation for dismissal, which is being provided under separate cover along with the settlement agreement, providing notice from the parties that the conditions for dismissal have been met, dismiss the case with prejudice, reserving jurisdiction to enforce the settlement agreement for sixty (60) days.

## APPROVAL OF SETTLEMENT AGREEMENT

3. The case includes claims for overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). Additionally, Plaintiff claims damages for retaliation under the FLSA (29 U.S.C. § 215(a)(3)). The claim involves numerous contested issues of fact and law concerning the Plaintiff's claims. Defendants deny and dispute liability, damages entitlement and calculations, and the timeliness of all or part of many of Plaintiff's claims.

Plaintiff through his undersigned counsel, and Defendants through their authorized representative and counsel of record, have reached a confidential settlement of this matter, as discussed in the settlement agreement, at all other relevant times in this action, the Plaintiff has been represented by the undersigned attorneys and has had the benefit of his counsel and advice.

A confidential settlement agreement was negotiated on behalf of all of the parties, the terms of which reflect a reasonable compromise of the parties' many disputed issues. The agreement fairly and reasonably compromises and takes into account each party's interest, benefits, and rights, pursuant to the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1354 (11th Cir. 1982).

The settlement agreement is, however, conditioned on the Court's approval of the settlement and subsequent dismissal of this action with prejudice to reserve jurisdiction to enforce the settlement agreement. Therefore, the parties request an *in camera* review of the settlement agreement, and have provided that under separate cover for the Court's review.

## DISMISSAL OF LITIGATION

Finally, the parties request that the Court dismiss the action, if it approves the settlement agreement. A proposed order to accomplish 1) approval of the settlement agreement; 2) dismissal of the litigation, and 3) retention of jurisdiction for a short time to enforce the settlement agreement, is submitted herewith and also under separate cover for the Court's convenience.

WHEREFORE, the parties hereby respectfully move for approval of the settlement and for entry of order reflecting their agreement to dismiss this action with prejudice, and for the Court to retain jurisdiction for sixty (60) days to enforce the terms of the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| Glasser, Boreth & Kleppin | Law Offices of Charles Eiss |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 8751 W. Broward Blvd | 1522 Sandpiper Circle |
| Suite 105 | Weston, FL 33327 |
| Plantation, FL 33324 | Tel. (954) 812-9513 |
| Tel. (954) 424-1933 | Fax (954) 385-9707 |
| Fax (954) 474-7405 | |
| | By:__s/Charles Eiss_____ |
| By:__s/Chris Kleppin_____ |         Charles Eiss |
|         Chris Kleppin |         Florida Bar No. 612073 |
|         Florida Bar No. 625485 | |
| | Dated:__August 15, 2007_____ |
| Dated: _August 15, 2007_____ | |

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-61279-CIV-MARRA/JOHNSON

MARK DONAHAY, and all others similarly
situated,

      Plaintiff,

v.

PALM BEACH TOURS & TRANSPORTATION,
INC., a Florida corporation, and JOHN CRITCHETT,
an individual,
      Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT
AGREEMENT, AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court on the parties' Joint Motion for Court Approval of Settlement Agreement, and the Court having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ordered and adjudged, as follows:

1. That the Confidential Settlement Agreement among the Parties is hereby approved as being a fair and reasonable compromise of the many disputed issues of law and fact remaining in this action, many of which the Court is aware, from the pleadings filed in the case thus far, and from a hearing that was held;

2. That the Joint Motion for Court Approval of Settlement Agreement is hereby GRANTED and the settlement agreement is approved;

3. That this Court reserves jurisdiction for sixty (60) days for purposes of enforcing the settlement agreement, and the Clerk of Court is directed to CLOSE the file; and

4. That otherwise, this action is dismissed with prejudice, and all pending Motions are DENIED as moot.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida, this ____ day of _____, 2007.

                                                                                    _____
                                                                                    KENNETH A. MARRA
                                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Linnea Johnson
Chris Kleppin, Esq.
Charles Eiss, Esq.